■ In the Matter of ALBANY MEDICAL CENTER HOSPITAL (CHARLES RUSSELL), Respondent, v. MARSH W. BRESLIN, as Commissioner of Welfare of Albany County, Appellant.— Motion to dismiss appeal granted, without costs (CPLR 5701, subd. [b], par. 1). We reach no other question. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

■ In the Matter of ALBANY MEDICAL CENTER HOSPITAL (DARLENE DAYTER), Respondent, v. MARSH W. BRESLIN, as Commissioner of Welfare of Albany County, Appellant.— Motion to dismiss appeal granted, without costs (CPLR 5701, subd. [b], par. 1). We reach no other question. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

## (August 31, 1965)

■ In the Matter of MAX A. GULACK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion for reargument granted, and upon reargument the decision of this court dated April 12, 1965 (24 A D 2d 708), rescinded and the order entered April 21, 1965, vacated. Motion to dismiss appeal granted, without costs, unless appellant shall, on or before September 8, 1965, deposit with the Industrial Commissioner the sum of $991.29, and file with the Commissioner an undertaking in the amount of $250 conditioned upon the payment of all costs and charges which may be adjudged against him in the prosecution of this appeal; and unless appellant shall, on or before October 6, 1965, file and serve record, brief and notice of argument for the term commencing November 15, 1965. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

## THIRD DEPARTMENT, APRIL, 1965 *

## (April 12, 1965)

■ In the Matter of MAX A. GULACK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Appeal dismissed, without costs, unless appellant shall, on or before July 30, 1965, file and serve record, brief and notice of argument for the term commencing September 8, 1965, in which event motion denied. Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.

## FIRST DEPARTMENT, SEPTEMBER, 1965

## (September 7, 1965)

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM L. JOHNSON — Motion for leave to appeal as a poor person denied. No appeal lies to this court from an order denying reargument. (*People* v. *Smith*, 12 A D 2d 667 [2d Dept.].) Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

* Not published with other decisions of April, 1965, 23 A D 2d 799.— [REP.